No. 75–5038.  McCoy *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5051.  PHILLIPS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5053.  YOUNG *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5057.  LESHAY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5059.  BOYD ET AL. *v.* LEFRAK ORGANIZATION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 75–5071.  DEAN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5073.  SPENCE *v.* LATTING ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 75–5078.  VAN METER *v.* MORGAN, SHERIFF, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 75–5084.  SCRANTON *v.* WHEALON.  C. A. 6th Cir.  Certiorari denied.

No. 75–5085.  NUNN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 75–5088.  TRAGAS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 75–5089.  TURPIN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.